# Exhibit A



**Tri-State Paper Co.**
149 e, church st.
Blackwood, NJ  08012
215-455-4506
215-455-4509

*Statement*

*Page 1 of 1*

*10-Nov-2023*

*Customer*

NEWTOWN PIZZA
231 NORTH SYCAMORE

NEWTOWN, PA  18940

| | *Account#* | *Total Due* | *Current* |
|---|---|---|---|
| | 1358 | $3,286.65 | ($0.25) |
| *31-45 Days* | *46-60 Days* | *61-90 Days* | *91-120 Days* | *120+ Days* |
| $1,242.59 | $659.01 | $413.90 | $0.00 | $971.40 |

| *Invoice* | *Invoice Date* | *Due Date* | *Type* | *Invoice Amt* | *Amount Due* | *Status* | *P.O. Number* |
|---|---|---|---|---|---|---|---|
| 2029102 | 2-Feb-23 | **2-Feb-23** | IN | $456.95 | **$456.95** | Delinquent | |
| OP7173 | 2-Mar-23 | **2-Mar-23** | OP | ($0.16) | **($0.16)** | Credit | |
| 2030468 | 6-Apr-23 | **6-Apr-23** | IN | $514.45 | **$514.45** | Delinquent | |
| OP7246 | 20-Apr-23 | **20-Apr-23** | OP | ($0.09) | **($0.09)** | Credit | |
| 2033057 | 16-Aug-23 | **16-Aug-23** | IN | $586.29 | **$1.00** | Delinquent | |
| 2033375 | 6-Sep-23 | **6-Sep-23** | IN | $412.90 | **$412.90** | Delinquent | |
| 2033597 | 20-Sep-23 | **20-Sep-23** | IN | $659.01 | **$659.01** | Delinquent | |
| 2033726 | 28-Sep-23 | **28-Sep-23** | IN | $558.57 | **$558.57** | Delinquent | |
| 2033756 | 29-Sep-23 | **29-Sep-23** | IN | $209.50 | **$209.50** | Delinquent | |
| 2033809 | 4-Oct-23 | **4-Oct-23** | IN | $428.87 | **$428.87** | Delinquent | |
| 2033830 | 6-Oct-23 | **6-Oct-23** | IN | $45.65 | **$45.65** | Delinquent | |