# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri State Paper, Inc., | Chapter 11 |
| Debtor. | |
| | Adversary No. 23-00088-pmm |
| Tri State Paper, Inc., | |
| Plaintiff, | |
| v. | |
| IM LLC *dba Newtown Pizza*, | |
| Defendant. | |

### Praecipe to Reissue Summons

To the Clerk of Court:

I am unable to verify that I served the summons issued on November 13, 2023, within the time period prescribed by Fed. R. Bankr. P. 7004(e). Please issue another summons, which I will serve promptly. Thank you.

Date: November 26, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com