# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri State Paper, Inc.,<br><br>　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri State Paper, Inc.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IM LLC<br>　*dba Newtown Pizza*,<br><br>　　　　Defendant. | Adversary No. 23-00088-pmm |

**Praecipe to Reissue Summons**

To the Clerk of Court:

    I am unable to verify that I served the summons issued on November 13, 2023, within the time period prescribed by Fed. R. Bankr. P. 7004(e). Please issue another summons, which I will serve promptly. Thank you.

Date: November 26, 2023

                                                CIBIK LAW, P.C.
                                                *Counsel for Debtor*

                                                By: /s/ Michael A. Cibik
                                                Michael A. Cibik (#23110)
                                                1500 Walnut Street, Suite 900
                                                Philadelphia, PA 19102
                                                215-735-1060
                                                mail@cibiklaw.com