## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| | : | |
| Tri-State Paper, Inc., | : | |
| | : | |
| Plaintiff. | : | Adv. No. 23-0088 (PMM) |
| | : | |
| v. | : | |
| | : | |
| IM LLC, | | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## ORDER DISMISSING ADVERSARY PROCEEDING

**AND NOW** upon consideration of the Order entered on January 30, 2024 directing the Plaintiff to "take appropriate action to prosecute this proceeding . . . on or before February 12, 2024," doc. #14;

AND the Plaintiff having failed to take any such action;

It is hereby **ordered** that this Adversary Proceeding is **dismissed** without prejudice.

*Patricia M. Mayer*

Date:  2/16/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**